| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 1:21-CR-114 |
| | § | |
| MELVIN BELL III, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. At the close of the competency hearing on June 27, 2022, the Defendant, defense counsel, and counsel for the government each verbally waived the right to object to the proposed findings and recommendations contained in the magistrate judge's report.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him and able to assist his attorney in his defense. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. It is further **ORDERED** that the Defendant, Melvin Bell III, is competent. The speedy trial time shall be excluded from January 28, 2022 until the date of this order.

SIGNED at Beaumont, Texas, this 29th day of June, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE